IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:23-CR-0131-TCB-RDC-3 |
| JAMAR L. JAMES, SR. | (First Superseding) |

## Government's Motion for Leave to File Dismissal

The government has learned that Defendant Jamar L. James, Sr. died on March 14, 2023, in Douglas, Georgia. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government requests leave of court to dismiss the First Superseding Indictment as to Defendant Jamar L. James, Sr. only. The government intends for the charges in the First Superseding Indictment to remain intact against the other Defendants.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

By:   STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186

## Order

SO ORDERED, on the _____ day of _____, 2023, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and by mailing a copy with sufficient postage to:

>Kayricka Wortham
>Robert A. Deyton Detention Center
>11866 Hastings Bridge Rd
>Lovejoy, GA 30250

August 14, 2023

/s/ STEPHEN H. MCCLAIN

STEPHEN H. MCCLAIN

*Assistant United States Attorney*